NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000832
10-JUN-2019
08:26 AM**

NO. CAAP-18-0000832

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PAYTON RAPOZO, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(S.P.P. NO. 13-1-0002 (5PC081000252))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed June 4, 2019, by Defendant-Appellant Payton Rapozo (Rapozo), it appears that (1) the appeal has been docketed; (2) Rapozo seeks to dismiss the appeal; (3) attached to the motion is Rapozo's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 10, 2019.

Presiding Judge

Associate Judge

Associate Judge